An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GURINDER KAUR AND JAHAGIR KAUR,
Appellants,
vs.
THE COOPER CASTLE LAW FIRM, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION, AND BANK OF AMERICA, N.A.,
Respondents.

No. 62405

FILED

JUL 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Having reviewed the documents submitted to this court by the district court, we conclude that we lack jurisdiction to consider this appeal. Although appellant filed a tolling motion in the district court, appellant had ten days from the date of service of notice of entry of the final judgment, plus an additional three days for mailing, to file his tolling motion. NRCP 6(e). Appellant's tolling motion thus had to be filed in the district court by September 18, 2012. Appellant, however, did not file this motion until September 25, 2012. Since the motion was untimely filed, it did not toll the time to file a notice of appeal, NRAP 4(a)(4), and thus, the notice of appeal filed in district court on January 3, 2013, was likewise untimely as to the final judgment. We therefore lack jurisdiction to consider this appeal. *See Healy v. Volkswagenwerk,* 103 Nev. 329, 741 P.2d 432 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-20676

cc: Hon. Rob Bare, District Judge
Gurinder Kaur
Jahagir Kaur
Akerman Senterfitt/Las Vegas
The Cooper Castle Law Firm, LLC
Eighth District Court Clerk